## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| PAUL E. BROWNING, | ) | |
| | ) | Case No. 10-32819 |
| | ) | |
| Debtors. | ) | |

## MOTION TO DIRECT DEBTOR TO TURNOVER PROPERTY TO TRUSTEE AND COMPEL PRODUCTION OF DOCUMENTS

### Count I – Turnover

COMES NOW, Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Direct Debtor to Turnover Property to Trustee, states as follows:

1.     Dana S. Frazier, is the duly and acting Trustee in this case.

2.     The Trustee requested the turnover of the nonexempt equity in:

   A.  Checking acct # xxx3343  in the amount of  $1,547.18.

   B.  Car Insurance proceeds in the amount of $366.84.

3.     To date, the Debtor has not paid the amounts owed to the Trustee.

WHEREFORE, the Trustee prays that this Court enter its order directing the Debtor to turnover to the Trustee within 10 days the amount of $1,914.02 and order a judgment to be entered against the Debtor in the amount of $1,914.02 if he fails to pay said sum when due.

### Count II – Compel Production of Documents

COMES NOW, Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Compel Debtor to Provide Trustee with Copies of his filed 2010 Income Tax Returns, states as follows:

1.     Dana S. Frazier, is the duly and acting trustee in this case.

2.      In order for the Trustee to perform the duties required of her by law, it is

necessary for her to review copies of Debtor's filed 2010 state and federal income tax returns.

3.      The Trustee has requested in writing that the Debtor furnish her with such

documentation but the Debtor has failed to do so.

WHEREFORE, the Trustee prays that this Court enter its order directing the Debtor to

deliver to the Trustee within 10 days copies of his filed 2010 federal and state income tax returns.

Respectfully Submitted


./s/ Dana S. Frazier
Dana S. Frazier, 06242921
Chapter 7 Trustee


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a copy of the **Motion to Turnover and Compel Production of Documents** by U.S. Mail or Electronic Mail to:

William Mueller, Debtors Attorney

Paul E. Browning
734 Michael Street
O'Fallon, IL 62269

U.S. Trustee, Region 10
Becker Building
401 Main, Room 1100
Peoria, IL  61602


Dated:  July 12, 2011

/s/ Dana S. Frazier
Dana S. Frazier, #06242921
Trustee

Frazier Law Office, LLC
P.O. Box 159
Murphysboro, IL 62966
Tel:   (618) 687-5707
Fax:   (618) 687-5710